**Nathaniel Hampton JONES, Plaintiff—Appellant,**

v.

**L. Casey MANNING, Defendant— Appellee.**

No. 11–7641.

United States Court of Appeals, Fourth Circuit.

Submitted: May 22, 2012.

Decided: June 4, 2012.

Nathaniel Hampton Jones, Appellant, Pro Se. Andrew Lindemann, Davidson & Lindemann, PA, Columbia, South Carolina, for Appellee.

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nathaniel Hampton Jones appeals the district court's order accepting the recommendation of the magistrate judge and dismissing with prejudice his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Jones v. Manning,* No. 0:11–cv–01093– JMC, 2011 WL 5830167 (D.S.C. filed Nov. 16, 2011 & entered Nov. 17, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*